

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| EUGENE FORD,<br><br>              Petitioner,<br><br>vs.<br><br>JAMES MacDONALD,<br><br>              Respondent. | No. CV 05-79-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] on February 26, 2007. Plaintiff filed objections[2] on March 6, 2007. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

Plaintiff's Petition for Writ of Habeas Corpus[3] is DENIED.

A certificate of appealability is DENIED and the Clerk of Court is directed to

---

[1] Docket No. 26.

[2] Docket No. 27.

[3] Docket No. 2.

immediately process the appeal if Plaintiff chooses to file a notice of appeal.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 6th day of March, 2007.

SAM E. HADDON
United States District Judge